1  Robert V. Prongay (SBN 270796)
     *rprongay@glancylaw.com*
2  Pavithra Rajesh (SBN 323055)
     *prajesh@glancylaw.com*
3  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  Benjamin I. Sachs-Michaels
     *bsachsmichaels@glancylaw.com*
7  GLANCY PRONGAY & MURRAY LLP
   712 Fifth Avenue, 31st Floor
8  New York, New York 10019
   Telephone: (212) 935-7400

9
   Attorneys for Plaintiff Jorge Granja
10

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

14  JORGE GRANJA, Derivatively on        | Case No. 2:21-CV-06056-CAS-E
    Behalf of AGEAGLE AERIAL             |
15  SYSTEMS, INC.,                       | **NOTICE OF VOLUNTARY
                                         | DISMISSAL WITHOUT
16            Plaintiff,                 | PREJUDICE**

17        v.

18  J. MICHAEL DROZD, NICOLE
    FERNANDEZ-MCGOVERN, BRET
19  CHILCOTT, BARRETT MOONEY,
    GRANT BEGLEY, LUISA
20  INGARGIOLA, and THOMAS
    GARDNER,

21
              Defendants.
22
          and
23
    AGEAGLE AERIAL SYSTEMS, INC.,
24
              Nominal Defendant.
25

26

27

28

    ―――――――――――――――――――――――――――――――――――――――
    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Jorge Granja ("Plaintiff"), derivatively on behalf of AgEagle Aerial Systems, Inc. ("AgEagle") hereby voluntarily dismisses, without prejudice, all claims and causes of action against all defendants in the above-captioned action. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) because no defendant has filed or served an answer or a motion for summary adjudication.

Notice of voluntary dismissal to shareholders pursuant to Fed. R. Civ. P. 23.1(c) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from defendants for the dismissal; and (iv) as the dismissal is without prejudice, Plaintiff and AgEagle shareholders remain free to pursue these claims in the same or a similar action in the future.

DATED:  August 11, 2021          Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By:   */s/ Pavithra Rajesh*

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  rprongay@glancylaw.com
          prajesh@glancylaw.com

Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 935-7400
Email: bsachsmichaels@glancylaw.com

*Attorneys for Plaintiff Jorge Granja*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

1    **PROOF OF SERVICE BY ELECTRONIC POSTING**

2        I, the undersigned, say:

3        I am not a party to the above case, and am over eighteen years old. On August

4    11, 2021, I served true and correct copies of the foregoing document by posting the

5    document electronically to the ECF website of the United States District Court for

6    the Central District of California, for receipt electronically by the parties listed on

7    the Court's Service List.

8        I affirm under penalty of perjury under the laws of the United States of

9    America that the foregoing is true and correct. Executed on August 11, 2021, at Los

10   Angeles, California.

11                                          */s/ Pavithra Rajesh*
                                            Pavithra Rajesh
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

                                                                              1